

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N.C.

2005 MAY 11 PM 12:12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR104-MU |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| (17) GERALD DIXON | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to GERALD DIXON, only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 10th day of May, 2005.

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE